JAP:AMC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

WHAAB BOLA OLAWEPO,
    also known as
    "Bola Olanrewaju Yusuff"
    and "Benson Bolare"

              Defendant.

- - - - - - - - - - - - - - - X

# M-09-1257

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 18, U.S.C., 1542)

EASTERN DISTRICT OF NEW YORK, SS:

      GEORGE IOANNIDIS, being duly sworn, deposes and states that he is a Special Agent with Immigration and Customs Enforcement, Office of Investigations, duly appointed according to law and acting as such.

      On or about January 30, 2006, within the Eastern District of New York, the defendant, WHAAB BOLA OLAWEPO, also known as "Bola Olanrewaju Yusuff" and "Benson Bolare" did knowingly and willfully use and attempt to use a passport the issue of which was secured in any way by reason of any false statement.

      (Title 18, United States Code, Section 1542).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.   I am a Special Agent with the Immigration and Customs Enforcement("ICE"), Office of Investigation.  I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation.

2.   On January 30, 2006, the defendant, WHAAB BOLA OLAWEPO, also known as "Bola Olanrewaju Yusuff" and "Benson Bolare" arrived at John F. Kennedy International Airport, in Queens, New York aboard Virgin Atlantic Airways Flight 009 from London, England.  The defendant presented to Customs and Border Patrol ("CBP") United States passport number 094282844 in the name of "Bola Olanrewaju Yusuff."  During a secondary inspection by CBP, WHAAB BOLA OLAWEPO's fingerprints were taken.

3.   A subsequent investigation revealed that the fingerprints taken from OLAWEPO on January 30, 2006 did not match the fingerprints used to identify OLAWEPO during his citizenship application in 1988.  Thus, OLAWEPO, who identified himself as "Bola Olanrewaju Yusuff" to CBP officers on January 30, 2006, had

---

[1]   Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

previously obtained his citizenship on April 16, 1998 by using a
false set of fingerprints to conceal his true identity, believed
to be "Whaab Bola Olawepo."

4.    Prior to obtaining United States citizenship in
the name of "Bola Olanrewaju Yusuff," OLAWEPO had been ordered
excluded during a previous attempt to gain Lawful Permanent
Resident ("LPR") status on March 9, 1987.  OLAWEPO had applied
for LPR status under the name "Whaab Bola Olawepo."  And prior to
that, in June 1992, OLAWEPO was ordered removed from the United
States because he had been convicted of felony credit card fraud
in Virginia.  When OLAWEPO was arrested in Virginia he provided
the name "Benson Bolare."

5.    The fingerprints taken from OLAWEPO's 1987 LPR
application match the fingerprints taken from OLAWEPO's 1992
arrest for credit card fraud, and also match the fingerprints
taken when OLAWEPO entered the country on January 30, 2006.

4

WHEREFORE, your deponent respectfully requests that the defendant WHAAB BOLA OLAWEPO, also known as "Bola Olanrewaju Yusuff" and "Benson Bolare" be dealt with according to law.

_____
GEORGE IOANNIDIS
Special Agent
Immigration and Customs Enforcement


Sworn to before me this
22nd day of December, 2009


_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK